IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN REYNOLDS, | No. CIV S-11-1381-MCE-CMK |
| Plaintiff, | |
| vs. | AMENDED ORDER |
| STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF FISH AND GAME, et al. | |
| Defendants. | |
| _____/ | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the court is plaintiff's complaint (Doc. 1).

In the court's original screening order (Doc. 4), the State of California Department of Fish and Game was identified as the sole defendant. A further review of the complaint, however, reveals that, in addition to the Department of Fish and Game, plaintiff names the State of California as a defendant. The court's prior screening order is hereby amended to reflect that service is appropriate for both defendants. Plaintiff will be required to submit additional service documents if he desires the assistance of the United States Marshal in serving the summons and complaint on defendants.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall update the docket to reflect that the following two defendants are named in the complaint: State of California and the California Department of Fish and Game;

2. The Clerk of the Court shall re-issue a summons in a civil case, the undersigned's new case documents, and an order setting this matter for an initial scheduling conference;

3. The Clerk of the Court shall send plaintiff the summons, two USM-285 form, and a copy of the complaint;

4. Within 15 days from the date of this order, plaintiff shall complete the summons by indicating the addresses of the named defendants and shall submit to the United States Marshal at the address indicated below the following documents:

    a. The completed summons;

    b. Two completed USM-285 form;

    c. Three copies of the complaint; and

    d. One copy of the court's initial scheduling conference order issued herewith;

5. Within 20 days of the date of this order, plaintiff shall file a notice indicating that the documents described above have been submitted to the United States Marshal, or a notice that plaintiff intends to serve the summons and complaint without assistance from the United States Marshal;

6. If documents are submitted to the United States Marshal, the United States Marshal is directed to serve all process without pre-payment of costs not later than 60 days from the date of this order, such service of process to be completed by serving a copy of the summons, complaint, and initial scheduling conference order on the defendants at the addresses provided by plaintiff; and

7. The Clerk of the Court is directed to serve a copy of this order on the United States Marshal at 501 "I" Street, Sacramento, CA, 95814.

DATED: June 15, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE