# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN REYNOLDS,　　　　　　　　　　　　No. CIV S-11-1381-MCE-CMK

　　　　Plaintiff,

　　vs.　　　　　　　　　　　　　　　　ORDER

STATE OF CALIFORNIA, et al.,

　　　　Defendants.

_____/

　　　　Plaintiff, who is proceeding pro se, brings this civil action. Due to the unavailability of the court, the scheduling conference currently set for November 3, 2011, at 10:00 a.m. before the undersigned in Redding, California, is hereby re-set to September 8, 2011. The time and location remain the same.

　　　　IT IS SO ORDERED.

DATED: June 22, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE