IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN REYNOLDS,　　　　　　　　　　　No. CIV S-11-1381-MCE-CMK

　　　　Plaintiff,

　　vs.　　　　　　　　　　　　　　　　ORDER

STATE OF CALIFORNIA, et al.,

　　　　Defendant.

_____/

　　　　Plaintiff, who is proceeding pro se, brings this civil action. Pending before the court is plaintiff's first amended complaint (Doc. 14).

　　　　This order amends the court's June 16, 2011, order in light of the filing of the amended complaint. In the June 16, 2011, order, the court determined that service of the original complaint was appropriate for all defendants. Thereafter, plaintiff effected service of the complaint. Upon review of the amended complaint, the court also finds that it is appropriate for service on all defendants. Plaintiff shall effect service of the amended complaint pursuant to Federal Rule of Civil Procedure 4.

　　　　IT IS SO ORDERED.

DATED: July 12, 2011

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1