IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN REYNOLDS,  No. CIV S-11-1381-MCE-CMK

    Plaintiff,

  vs.  ORDER

STATE OF CALIFORNIA, et al.,

    Defendant.

_____/

      Plaintiff, who is proceeding pro se, brings this civil action. Pending before the court is defendant California Department of Fish and Game's motion to dismiss (Doc. 16), noticed for hearing on August 25, 2011, before the assigned District Judge. Pursuant to Eastern District of California Local Rule 302(c)(21), defendant is directed to re-notice its motion for hearing before the undersigned. The hearing scheduled for August 25, 2011, before the assigned District Judge is vacated.

      IT IS SO ORDERED.

DATED: July 14, 2011

                                                   _____
                                                   **CRAIG M. KELLISON**
                                                   UNITED STATES MAGISTRATE JUDGE