# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN REYNOLDS, | No. CIV S-11-1381-MCE-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| STATE OF CALIFORNIA, et al., | |
| Defendant. | |
| _____/ | |

      Plaintiff, who is proceeding pro se, brings this civil action. The scheduling conference set for September 8, 2011, is vacated pending resolution of defendants' motion to dismiss and plaintiff's motion for leave to amend.

      IT IS SO ORDERED.

DATED: July 28, 2011

                                                                 _____
                                                                 **CRAIG M. KELLISON**
                                                                  UNITED STATES MAGISTRATE JUDGE

1