IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN REYNOLDS, | No. CIV S-11-1381-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| STATE OF CALIFORNIA, et al., | |
| Defendant. | |
| _____/ | |

      Plaintiff, who is proceeding pro se, brings this civil action challenging the constitutionality of various provisions of the California Fish and Game Code.  Pending before the court is plaintiff's request for voluntary dismissal of the action without prejudice (Doc. 32).  Good cause appearing therefor, this action is voluntarily dismissed.  See Fed. R. Civ. P. 41(a)(2).  The Clerk of the Court is directed to terminate all pending motions (Docs. 16 & 21) and close this file.

      IT IS SO ORDERED.


DATED:   January 17, 2012

                                                       **CRAIG M. KELLISON**
                                                       UNITED STATES MAGISTRATE JUDGE